IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:18-CR-144-TWT |
| ROBERT HAROLD SIMMONS also known as Boo Boo Simmons, | |
| Defendant. | |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 57] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 20] and Motion to Suppress [Doc. 21]. The Defendant's Objections to the Report and Recommendation are without merit. The Magistrate Judge correctly held that to prevail on a due process violation claim, the Defendant "must show that pre-indictment delay (1) caused actual prejudice to the conduct of his defense, and (2) was the product of deliberate action by the government designed to gain a tactical advantage." *United States v. Jones*, 592 F. App'x 920, 921-22 (11th Cir. 2015). The Defendant has failed to show actual prejudice or deliberate action by the government designed to gain a tactical advantage. The Defendant was properly advised of his Miranda rights and there has been no showing that his statements were not voluntary.

The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 20] and Motion to Suppress [Doc. 21] are DENIED.

    SO ORDERED, this 5 day of May, 2020.

                                              /s/Thomas W. Thrash
                                              THOMAS W. THRASH, JR.
                                              United States District Judge